UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE LYNN VANPATTEN

      Debtor,

Bankr. Case No. 07-32239-5-mcr

LYNN VANPATTEN,

              Appellant,

Dist. Ct. Civil Action
6:08-CV-0099
(LEK)

      -against-

MARK W. SWIMELAR,
Chapter 13 Trustee,

              Appellee.

## DECISION AND ORDER

    Appellant Lynn VanPatten ("Appellant") is appealing from an Order of the United States Bankruptcy Court for the Northern District of New York (Cangilos-Ruiz, B.J.), dated December 21, 2007. See Dkt. No. 1. Appellant's Notice of Appeal was filed with the Bankruptcy Court on January 8, 2008, and was transmitted to this Court on January 28, 2008. See Dkt. No. 1. Appellants have not complied with Bankruptcy Rules 9002(a) and 8006, and this Court has received the Certification of Non-Compliance from the Clerk of the Bankruptcy Court. See Dkt. No. 1, Attach. 3. No extension of time has been granted. Id.

    Accordingly, it is hereby

    **ORDERED**, that the Appeal is **DISMISSED**; and it is further

    **ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

    **IT IS SO ORDERED**.

DATED:    January 30, 2008
                Albany, New York

Lawrence E. Kahn
U.S. District Judge