UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE LYNN VANPATTEN

    Debtor,

Bankr. Case No. 07-32239-5-mcr

---

LYNN VANPATTEN,

                Appellant,

Dist. Ct. Civil Action
6:08-CV-0099
(LEK)

    -against-

MARK W. SWIMELAR,
Chapter 13 Trustee,

                Appellee.

---

**DECISION AND ORDER**

Appellant Lynn VanPatten ("Appellant") is appealing from an Order of the United States Bankruptcy Court for the Northern District of New York (Cangilos-Ruiz, B.J.), dated December 21, 2007.  <u>See</u> Dkt. No. 1.  Appellant's Notice of Appeal was filed with the Bankruptcy Court on January 8, 2008, and was transmitted to this Court on January 28, 2008.  <u>See</u> Dkt. No. 1.  Appellants have not complied with Bankruptcy Rules 9002(a) and 8006, and this Court has received the Certification of Non-Compliance from the Clerk of the Bankruptcy Court.  <u>See</u> Dkt. No. 1, Attach. 3.  No extension of time has been granted.  <u>Id.</u>

Accordingly, it is hereby

**ORDERED**, that the Appeal is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

**IT IS SO ORDERED**.

DATED:      January 30, 2008
                Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge